

# Fourth Court of Appeals
## San Antonio, Texas

March 16, 2021

No. 04-21-00034-CV

Kevin **DUNN**,
Appellant

v.

**THE KADENCE COLLECTIVE, LLC**,
Appellee

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CI12519
Honorable Laura Salinas, Judge Presiding

# O R D E R

On March 4, 2021, Sheldon E. Richie and Matthew M. Cowart filed a motion to withdraw as counsel of record for the appellee in this appeal, the Kadence Collective, LLC. The motion complies with Rule 6.5 of the Texas Rules of Appellate Procedure. A response to the motion has not been filed.

Counsel's motion to withdraw is therefore GRANTED. *See* TEX. R. APP. P. 6.5.

_Irene Rios_
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of March, 2021.

_Michael A. Cruz_
Michael A. Cruz,
Clerk of Court